UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEVIN TERRANCE HANNON,   Case No. 10-CV-3024 (PJS/AJB)

Petitioner,

v.   ORDER

WARDEN JESSICA SYMMES, OPH,

Respondent.

Kevin Terrance Hannon, pro se.

Michael J. Lieberg, STEARNS COUNTY ATTORNEY'S OFFICE, and Kimberly R. Parker and Matthew Frank, MINNESOTA ATTORNEY GENERAL'S OFFICE, for respondent.

This matter is before the Court on petitioner Kevin Terrance Hannon's objection to the January 12, 2011 Report and Recommendation ("R&R") of Magistrate Judge Arthur J. Boylan. The Court has reviewed de novo those portions of the R&R to which Hannon has objected, as required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). The Court overrules Hannon's objection and adopts Judge Boylan's R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES Hannon's objection [Docket No. 19] and ADOPTS Judge Boylan's R&R [Docket No. 18]. Accordingly, IT IS HEREBY ORDERED THAT:

1. Respondent Jessica Symmes's motion to dismiss petitioner Kevin Terrance Hannon's petition for a writ of habeas corpus [Docket No. 9] is GRANTED;

2. Petitioner Kevin Terrance Hannon's petition for a writ of habeas corpus [Docket No. 1] is DISMISSED WITH PREJUDICE.

     3.     No certificate of appealability will issue.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: February 18, 2011                        s/Patrick J. Schiltz
                                                       Patrick J. Schiltz
                                                       United States District Judge